

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2014

No. 04-14-00741-CV

Deidre Elane **SCHAMP**,
Appellant

v.

Edward **MITCHELL**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20583
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

This appeal is retained on the docket of the court. We order appellant's brief due January 5, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court